*Dominique Varner*     TBA #00791182/FIN 18805
*Kristen L. Baker*      TBA 24073881
*Michael Weems*       TBA #24066273
HUGHES, WATTERS & ASKANASE, L.L.P.
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEYS FOR EVERBANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-37019 |
| STELLA MARTINEZ | § | (Chapter 13) |
| | § | |
| Debtors | § | |

**UNOPPOSED RESPONSE TO CHAPTER 13 TRUSTEE'S
NOTICE OF FINAL CURE PAYMENT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, EVERBANK, a secured creditor in the referenced bankruptcy case, and files this its Response to Chapter 13 Trustee's Notice of Final Cure Payment, and would show the Court as follows:

**RESPONSE**

1. EVERBANK admits the assertions in the Chapter 13 Trustee's Notice of Final Cure Payment.

2. EVERBANK shows the debtor is due for DECEMBER 1, 2013.

Respectfully submitted,

_____
Dominique Varner    TBA #00791182/FIN 18805
Michael Weems       TBA #24066273
Kristen L. Baker    TBA 24073881
HUGHES, WATTERS & ASKANASE, L.L.P.
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY FOR EVERBANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response has been sent by electronic mail or by first class U. S. Mail, postage prepaid on the __6__ day of DECEMBER, 2013, to the following:

DEBTORS
STELLA MARTINEZ
6519 AUTUMN THISTLE DR
KATY, TX 77449

GEORGE M. BARNES
JASON D. LAAS-SUGHRUE
5225 KATY FREEWAY
SUITE 505
HOUSTON, TX 77007

TRUSTEE
DAVID G PEAKE
9660 HILLCROFT
SUITE 430
HOUSTON, TX 77096-3856

US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON, TX 77002

PARTIES REQUESTING NOTICE:

BILLY G BACA
2180 NORTH LOOP WEST
SUITE 510
HOUSTON, TX 77018-8002

ASHLEY FUNDING SERVICES LLC
PO BOX 10587
GREENVILLE, SC 29603-0587

ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND,, VA 23225

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185

PANHANDLE PLAINS STUDENT LOAN CENTER
PO BOX 839
CANYON, TX 79015

PRA RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK, VA 23541

_____
Dominique Varner    TBA #00791182/FIN 18805
Michael Weems       TBA #24066273
Kristen L. Baker    TBA 24073881

UNOPPOSED RESPONSE TO TRUSTEES NOTICE OF FINAL
CURE:2816761_FAEV0097